1  BARRY E. HINKLE, Bar No. 071223
2  PATRICIA A. DAVIS, Bar No. 179074
   CONCEPCIÓN LOZANO-BATISTA, Bar No. 227227
3  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
4  1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
5  Telephone (510) 337-1001
6  Attorneys for Plaintiffs

7  DENNIS B. COOK, ESQ. (SBN 93432)
   ERICK C. TURNER, ESQ. (SBN 236186)
8  COOK BROWN, LLP
9  555 CAPITOL MALL, SUITE 425
   SACRAMENTO, CALIFORNIA 95814
10 TELEPHONE NO.:  916-442-3100
   FACSIMILE NO.:  916-442-4227
11 Attorneys for Defendant STEVENS CREEK
12 QUARRY, INC.

13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16 LARRY TOTTEN, JOSE MORENO, in            ) No.      C 06 7703 CRB
17 their capacities as Trustees of the LABORERS )
   HEALTH AND WELFARE TRUST FUND            )
18 FOR NORTHERN CALIFORNIA; LABORERS        )
   VACATION-HOLIDAY TRUST FUND FOR          ) STIPULATION AND ORDER TO
19 NORTHERN CALIFORNIA; LABORERS            ) APPEAR AT CASE MANAGEMENT
   PENSION TRUST FUND FOR NORTHERN          ) CONFERENCE VIA TELEPHONE
20 CALIFORNIA; and LABORERS TRAINING        )
21 AND RETRAINING TRUST FUND FOR            )
   NORTHERN CALIFORNIA,                     ) Date:   March 22, 2007
22                                          ) Time:  9 a.m.
23              Plaintiffs,                 ) Department:  Courtroom 8, 19th Floor
                                            )
24       v.                                 ) **Honorable Charles R. Breyer**
                                            )
25 STEVENS CREEK QUARRY, INC., A            )
26 California Corporation,                  )
                                            )
27              Defendant.                  )
   _____ )
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

M:\LTJ\5100\Totten v. Stevens Creek Quarry\Pleadings\Stip.telephonic.cmc.DOC
Case No. 06-7703 CRB

1

2

3          IT IS HEREBY STIPULATED BETWEEN THE PARTIES, BY AND THROUGH THEIR

RESPECTIVE COUNSEL OF RECORD HEREIN, that counsel for Defendant, Erick C. Turner,

4

Esq., of COOK BROWN, LLP, be allowed to attend the Case Management Conference scheduled

5

for March 22, 2008 at 9:00 a.m. via telephone.

6

7    Dated: March 19, 2007.

8                                              WEINBERG, ROGER & ROSENFELD
                                               A Professional Corporation

9

10                                             By:   /s/Concepción E. Lozano-Batista
                                                    CONCEPCIÓN E. LOZANO-BATISTA
                                                    Attorney for Plaintiffs
11

12   Dated: March 19, 2007.

                                               COOK BROWN LLP
13

14                                             By:   /s/Erick C. Turner
                                                    ERICK C. TURNER
15                                                  Attorney for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

M:\LTJ\5100\Totten v. Stevens Creek Quarry\Pleadings\Stip.telephonic.cmc.DOC
Case No. 06-7703 CRB

1

## <u>ORDER</u>

2

3      IT IS HEREBY ORDERED that Erick C. Turner, Esq., of the law firm COOK BROWN,

LLP, shall be allowed to attend the Case Management Conference scheduled on March 22, 2007, at

4

9:00 a.m., via telephone.

5

Dated: March 21, 2007.

6

7      _____

HONORABLE CHARLES R. BREYER

8      JUDGE OF THE DISTRICT

9

10 

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 3 -

M:\LTJ\5100\Totten v. Stevens Creek Quarry\Pleadings\Stip.telephonic.cmc.DOC
Case No. 06-7703 CRB