BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>STEVENS CREEK QUARRY, INC., A California Corporation,<br><br>Defendant. | No.   C 06 7703 CRB<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and Defendant, Stevens Creek Quarry, Inc., by and through their counsel of record, hereby stipulate that Plaintiff be allowed to amend and file its First Amended Complaint to change

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Plaintiffs' name. A copy of the First Amended Complaint is attached hereto as Exhibit "A."

The parties further stipulate that Defendant's answer, filed on January 29, 2007 is effective as a response to Plaintiff's First Amended Complaint.

Dated: May 23 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
CONCEPCION LOZANO-BATISTA
Attorneys for Plaintiffs

Dated: May 21 2007

COOK BROWN LLP

By: _____
Dennis Cook
Attorney for Defendant

ORDER

Pursuant to the stipulation between the parties, it is hereby ordered that Plaintiffs may amend and file their First Amended Complaint.

Dated: 06/05/07

By: _____
HONORABLE CHARLES R. BREYER
United States District Judge

114518/458277