BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>   Plaintiffs,<br><br> v.<br><br>STEVENS CREEK QUARRY, INC., A California Corporation,<br><br>   Defendant. | No. C 06 7703 CRB<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |

   Plaintiffs, Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California, and Defendant, Stevens Creek Quarry, Inc., by and through their counsel of record, hereby stipulate that the Settlement Conference currently set for June 29, 2007 at 9:30 a.m. be

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE   Case No. 06 7703 CRB

July 26, 2007

1  continued to ▮▮▮▮▮▮▮▮ at 9:30 a.m.  The parties are currently in the process of attempting to

2  resolve issues underlying this matter and would like additional time to do so.

3

4  Dated: June 19, 2007

5                           WEINBERG, ROGER & ROSENFELD
                         A Professional Corporation

6                                  /s/*Concepción E. Lozano-Batista*
                         By: _____

7                           CONCEPCIÓN LOZANO-BATISTA
                         Attorneys for Plaintiffs

8

9  Dated: June 19, 2007         COOK BROWN LLP

10                                  /s/*Dennis Cook*
                         By: _____

11                           DENNIS COOK
                         Attorney for Defendant

12  114518/460652

13

14  **IT IS SO ORDERED.**

15

16  *[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Elizabeth D. Laporte]*

17  _____
Elizabeth D. Laporte

18  United States Magistrate Judge

19  Dated:   June 25, 2007

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE          Case No. 06 7703 CRB