1   BARRY E. HINKLE, Bar No. 071223
2   PATRICIA A. DAVIS, Bar No. 179074
    CONCEPCIÓN LOZANO-BATISTA, Bar No. 227227
3   WEINBERG, ROGER & ROSENFELD
    A Professional Corporation
4   1001 Marina Village Parkway, Suite 200
    Alameda, CA  94501-1091
5   Telephone (510) 337-1001
6   Attorneys for Plaintiffs

7   DENNIS B. COOK, ESQ. (SBN 93432)
    STEPHEN R. McCUTCHEON, JR. (SBN 191749)
8   COOK BROWN, LLP
9   555 CAPITOL MALL, SUITE 425
    SACRAMENTO, CALIFORNIA 95814
10  TELEPHONE NO.:  916-442-3100
    FACSIMILE NO.:  916-442-4227
11  Attorneys for Defendant STEVENS CREEK
12  QUARRY, INC.

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16  LARRY TOTTEN, JOSE MORENO, in          ) No.     C 06 7703 CRB
17  their capacities as Trustees of the LABORERS  )
    HEALTH AND WELFARE TRUST FUND          )
18  FOR NORTHERN CALIFORNIA; LABORERS      )
    VACATION-HOLIDAY TRUST FUND FOR        ) **STIPULATION AND ORDER TO**
19  NORTHERN CALIFORNIA; LABORERS          ) **APPEAR AT CASE MANAGEMENT**
    PENSION TRUST FUND FOR NORTHERN        ) **CONFERENCE VIA TELEPHONE**
20  CALIFORNIA; and LABORERS TRAINING      )
21  AND RETRAINING TRUST FUND FOR          )
    NORTHERN CALIFORNIA,                   ) Date:   July 6, 2007
22                                         ) Time:  8:30 a.m.
23                Plaintiffs,              ) Department:  Courtroom 8, 19th Floor
                                           )
24          v.                             ) **Honorable Charles R. Breyer**
                                           )
25  STEVENS CREEK QUARRY, INC., A          )
    California Corporation,                )
26                                         )
27                Defendant.               )
    _____    )

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

M:\LTJ\5100\Totten v. Stevens Creek Quarry\Pleadings\Stip.telephonic.cmc2.DOC
Case No. 06-7703 CRB

1

2

3       IT IS HEREBY STIPULATED BETWEEN THE PARTIES, BY AND THROUGH THEIR

4 RESPECTIVE COUNSEL OF RECORD HEREIN, that counsel for Defendant, Dennis B. Cook, of

5 COOK BROWN, LLP, be allowed to attend the Case Management Conference scheduled for July

6 6, 2007 at 8:30 a.m. via telephone.

7 Dated: June 29, 2007.

8                           WEINBERG, ROGER & ROSENFELD
                          A Professional Corporation

9

10                           By:   /s/Concepción E. Lozano-Batista
                                CONCEPCIÓN E. LOZANO-BATISTA

11                                 Attorney for Plaintiffs

12 Dated: June 29, 2007.

13                           COOK BROWN LLP

14                           By:   /s/Dennis B. Cook
                                DENNIS B. COOK

15                                 Attorney for Defendant

16

17       I HEREBY ATTEST THAT I HAVE ON FILE ALL HOLOGRAPHIC SIGNATURES

18 FOR ANY SIGNATURES INDICATED BY A "CONFORMED" SIGNATURE (/S/) WITHIN

19 THIS EFILED DOCUMENT.

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

- 2 -

M:\LTJ\5100\Totten v. Stevens Creek Quarry\Pleadings\Stip.telephonic.cmc2.DOC
Case No. 06-7703 CRB

## ORDER

IT IS HEREBY ORDERED that Dennis B. Cook, Esq., of the law firm COOK BROWN, LLP, shall be allowed to attend the Case Management Conference scheduled for July 6, 2007, at 8:30 a.m., via telephone.

Dated:_ July 2 ___, 2007



_____
HONORABLE CHARLES R. BREYER
JUDGE OF THE DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M:\LTJ\5100\Totten v. Stevens Creek Quarry\Pleadings\Stip.telephonic.cmc2.DOC
Case No. 06-7703 CRB

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001